JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VINCENT FERRARINI, | ) CASE NO. CV 14-08621-MMM (PJW) |
| Petitioner, | ) |
| | ) J U D G M E N T |
| v. | ) |
| SHERIFF JOHN SCOTT, | ) |
| Respondent. | ) |

    Pursuant to the Order Dismissing Petition filed herewith,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

    DATED: <u>December 18, 2014</u>

                                       MARGARET M. MORROW
                                       UNITED STATES DISTRICT JUDGE

O:\ECF Ready\CV 14-08621-JUDGMENT.wpd